# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

158598

RYAN MITCHELL,
       Plaintiff-Appellee,

v

DORE & ASSOCIATES CONTRACTING,
INC.,
       Defendant-Appellant.

SC: 159598
COA: 338701
Bay CC: 15-003594-CL

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

      On order of the Court, the application for leave to appeal the September 13, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019

t1021

Clerk